**Memorandum Opinion filed June 19, 2014, Withdrawn, Appeal Reinstated, and Order filed June 26, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00226-CV

**AMIR A. CHAMIE, Appellant**

**V.**

**CROTHALL HEALTHCARE, INC., Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-32676**

---

## ORDER

On June 19, 2014, this Court issued an opinion dismissing this appeal on the court's own motion for failure to provide this court with proof of payment for the clerk's record. Later that same day, the clerk's record was filed.

Accordingly, this Court's opinion filed June 19, 2014, is withdrawn and our judgment of that date is vacated. The appeal is ordered reinstated.

Appellant's brief is due thirty days from the date of this order.

PER CURIAM